1  Mark E. Ellis - 127159
   Andrew Steinheimer - 200524
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone:  (916) 565-0300
4  Facsimile:  (916) 565-1636

5  Attorneys for Defendant
   I.C. SYSTEM, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION          *E-FILED - 8/2/05*

| | |
|---|---|
| 11  SUSANNE PALMER, on behalf of herself and others similarly situated, | Case No.: C04 03237 RMW |
| 12               Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ORDER** |
| 13  v. | |
| 14  I.C. SYSTEM, INC., a Corporation, B. BROWN, an Individual and DOES 1 through 20, | Original Date: July 29, 2005<br>Time: 9:00 a.m. |
| 15               Defendants. | New Date: August 19, 2005<br>Time: 9:00 a.m. |

- 1 -

Stipulation To Continue Hearing on Cross-Motions For Summary Judgment

1    WHEREAS, counsel for defendant I.C. System, Inc., has a scheduling conflict on July 29,
2 2005, the parties have agreed and hereby stipulate that the hearing on the parties' Cross-Motions for
3 Summary Judgment be rescheduled for August 19, 2005. **The Case Management Conference shall also be rescheduled to August 19, 2005 @ 10:30 am.  (jg)**
4    IT IS SO STIPULATED

5 Dated: July 25, 2005

By _____
Andrew Steinheimer
Counsel for Defendant
I.C. System, Inc.

Dated: July 25——, 2005

By s/ Paul Arons
Paul Arons
Counsel for Plaintiff  Susanne Palmer

15 Pursuant to the stipulation of the parties,
16 IT IS SO ORDERED.

Dated: 8/2/05 , 2005

/S/ RONALD M. WHYTE
United States District Court Judge

Stipulation To Continue Hearing on Cross-Motions For Summary Judgment