**E-FILED on**   1/12/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSANNE M. PALMER, <br><br> Plaintiff, <br><br> v. <br><br> I.C. SYSTEM, INC.; B. BROWN., and DOES 1 through 20, <br><br> Defendants. | No. C-04-03237 RMW <br><br> ORDER GRANTING DEFENDANT I.C. SYSTEMS, INC., LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE <br><br> **[Re Docket No. 124]** |

On November 8, 2005, this court issued an order which, *inter alia*, granted plaintiff Susanne Palmer summary judgment against I.C. Systems, Inc., on her claim that I.C. Systems failed to report a debt as disputed, in violation of 15 U.S.C. § 1692e(8).  I.C. Systems has moved for reconsideration of that order,[1] claiming that (*1*) this court erroneously determined that Palmer's complaint could be read to allege a claim for failing to report a debt as disputed, in violation of 15 U.S.C. § 1692e(8), (*2*) the evidence submitted was insufficient to grant Palmer summary judgment on her claim for failing to report a debt as disputed, and (*3*) I.C. Systems should be granted leave to present a defense

---

[1]     Civil L.R. 7-9(a) requires a party to obtain leave of court before filing a motion for reconsideration. Civil L.R. 7-9(b) specifies the form and content of such a motion for leave. The court will consider I.C. System's motion for reconsideration even though I.C. Systems has not followed the proper procedure under the Local Rules.

under 15 U.S.C. § 1692k(c).  As it appears I.C. Systems' arguments have substantial merit (particularly the first two), the court grants I.C. Systems leave to file a motion for reconsideration (which it has already done).  Palmer may file an opposition to I.C. System's motion within ten days of the date of this order, at which time the matter will be deemed submitted absent further order of the court.

DATED:      1/12/06                              /s/ Ronald M. Whyte
                                                RONALD M. WHYTE
                                                United States District Judge

ORDER GRANTING DEFENDANT I.C. SYSTEMS, INC., LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE —No. C-04-03237 RMW
JAH                                         2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Ronald Wilcox | ronaldwilcox@post.harvard.edu |
| O. Randolph Bragg | rand@horwitzlaw.com |
| Paul Arons | lopa@rockisland.com |
| Brian Lewis Bromberg | brian@brianbromberg.com |

**Counsel for Defendants:**

| | |
|---|---|
| Andrew Steinheimer | asteinheimer@mpbf.com |
| Mark Ellis | mellis@mpbf.com |
| June D. Coleman | jcoleman@mpbf.com |

**Counsel for Third-Party Defendant:**

| | |
|---|---|
| Rosalie Euna Kim | ekim@reedsmith.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/12/06          /s/ JH
                            **Chambers of Judge Whyte**