Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673
rand@horwitzlaw.com

Attorneys for Plaintiff
SUSANNE PALMER

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*E-FILED - 8/16/06*

| | |
|---|---|
| SUSANNE PALMER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, et al.<br><br>Defendants. | CIV. NO.  C04-03237 RMW<br><br>**JOINT REQUEST TO CONTINUE MANAGEMENT CONFERENCE**<br> AND ORDER<br>Date: August 18, 2006<br>Time:  10:30 a.m.<br>Courtroom 6 |

On August 3, 2006, the parties to the above-entitled action participated in court-ordered mediation, which was unsuccessful.  Accordingly, the issues remaining in the case will have to be adjudicated by the Court.  To allow the parties time to mutually resolve any issues concerning discovery or the filing of dispositive motions, the parties request that the Case Management Conference currently set for August 18, 2006 be continued at least three weeks, to September 8, 2006.

- 1 -

Joint Request to Continue Case Management Conference

Dated: August 11, 2006

    /s Paul Arons
**Paul Arons, Counsel for Plaintiff**

Dated: August 11, 2006

    s/Andrew Steinheimer
**Andrew Steinheimer, Counsel for Defendants**

Having considered the parties' Joint Request to Continue Case Management Conference, the request is granted. A Case Management Conference shall be held on September 8, 2006, at 10:30 a.m. in Courtroom 6. The parties shall file a Joint Case Management Conference Statement no later than September 1, 2006.

DATED: 8/16/06           /s/ Ronald M. Whyte
                         Honorable Ronald M. Whyte
                         Judge, United States District Court

Joint Request to Continue Case Management Conference