1 | Mark E. Ellis - 127159
  | Andrew M. Steinheimer - 200524
2 | ELLIS, COLEMAN, POIRIER, LaVOIE
  |   & STEINHEIMER, LLP
3 | 555 University Avenue, Suite 200
  | Sacramento, CA 95825
4 | Telephone:   (916) 283-8820
  | Facsimile:   (916) 283-8821
5 |
  | Attorneys for Defendant
6 | I.C. SYSTEM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/22/07*

| SUSANNE PALMER, | Case No.: C04 03237 RMW |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND DEADLINES FOR FILING DISPOSITIVE MOTIONS AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER |
| v. | |
| I.C. SYSTEM, INC., | |
| Defendant. | |

- 1 -

STIPULATION TO EXTEND DEADLINES

1    The undersigned parties hereby stipulate and the Court to extend the deadline for the filing of
2  dispositive motions to February 2, 2007, with the motions to be heard on March 9, 2007, at 9:00 a.m.
3  This extension is necessary because the plaintiff's illness and the unavailability of defendant's counsel
4  made it impossible for defendant to take the two depositions it believes are necessary for it to prepare
5  and file dispositive motions.
6    The parties further request that the Case Management Conference scheduled for February 2,
7  2007 be rescheduled to March 9, 2007 at 10:00 a.m.
8  DATED: December 29, 2006

9
10                                    s//Paul Arons
                                      Paul Arons
                                      Attorney for Plaintiff Susanne Palmer
11
12  DATED: December 28, 2006
13                                    _____
                                      Andrew Steinheimer
14                                    Attorney for Defendant I.C. System, Inc.
15
16
17
18    Pursuant to the Stipulation of the parties,
19    IT IS ORDERED that the deadline for filing dispositive motions be extended to February 2,
20  2007, that the hearing for said motions will be on March 9, 2007. It is further ordered that the CMC
21  scheduled for February 2, 2007 is hereby continued to March 9, 2007.
22
23  Dated: __1/22/07__  X̶X̶X̶X̶                Ronald M. Whyte
                                              _____
24                                            United States District Court Judge
25
26  10337048.doc
27
28

- 2 -
STIPULATION TO EXTEND DEADLINES