***E-FILED - 8/21/08*** 

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNE PALMER<br><br>    Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC.,<br><br>    Defendant. | Case No.: C04 03237 RMW<br><br>ORDER DISMISSING CASE |

Pursuant to the stipulation of the parties, this case is hereby dismissed.  Each side to bear their own fees and costs.

Dated: __8/21__, 2008

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
Uniteed States District Court Judge

- 1 -

ORDER DISMISSING CASE